**Dismissed and Memorandum Opinion filed December 6, 2022.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-22-00671-CV

**ALSTONIA LOUIS, Appellant**

**V.**

**LIBERTY COUNTY EMERGENCY MEDICAL SERVICES, INC., Appellee**

**On Appeal from County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1170332**

## MEMORANDUM OPINION

This is an appeal from a final judgment signed June 16, 2022, granting appellee's motion to dismiss. The notice of appeal was timely filed September 12, 2022. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code § 51.207 (appellate fees and costs).

On October 18, 2022, this court ordered appellant to pay the appellate filing fee on or before October 28, 2022, or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.